C. F. Paul, Publisher.]     $1.00 per annum.     [O. L. Barbour, Reporter

**Vol. 6.]     Saratoga Springs, April 6, 1847.     [No. 9.

## Court of Chancery.

## DECISIONS OF THE CHANCELLOR,
### APRIL 6, 1847.

*John L. Lawrence adm'r &c.* v. *William Beach Lawrence.*—
G. M. Ogden, for respondent; W. B. Lawrence, appellant in
person. The order of the vice chancellor allowing the fifth ex-
ception to defendant's further answer, for impertinance, affirmed,
with costs.

*Theodore Van Heusen et al* v. *David Hurlbut, Jun.* L. Bene-
dict, for complainants; Jas. Edwards, for defendant. Applica-
tion to discharge ne exeat, granted, on defendant's giving the
usual bond with sureties, conditioned to render himself amenable
to the process of the court; or upon his giving a consent that the
bill be taken as confessed &c., under the 191st rule, and upon fil-
ing the certificate of the master that he has submitted to an exam-
ination before him, and assigned over all his property to the re-
ceiver, and in either event defendant directed to pay $8 for
costs of opposing this motion.

*Nicholas Smith* v. *John Dygert.* L. Ford, for appellant; C.
Gray, for respondent. Decree appealed from affirmed with costs.